**FILED**
**SEPT. 27, 2021**
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHAD HARGREAVES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-02423 (UNA) |
| | ) |
| WALTER BERRY, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This matter is before the court on its initial review of petitioner's *pro se* petition for writ of habeas corpus, ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2. Petitioner is a Georgia state prisoner incarcerated at Baldwin State Prison in Hardwick, Georgia. Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging his Georgia conviction and life sentence, and seeking his immediate release.

Federal review of state convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available state remedies. 28 U.S.C. § 2254(b)(1). Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Consequently, petitioner has no recourse in this court, and the petition will be dismissed without prejudice. A separate order accompanies this memorandum opinion.

Date: September 27, 2021

_____/s/_____
AMY BERMAN JACKSON
United States District Judge